## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 20, 2022 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-18-4839 (ST) |
| NAME OF CASE(S): | Bland v. Raia et al. |
| FOR PLAINTIFF(S): | Charny |
| FOR DEFENDANT(S): | Gargano, Rowe |
| NEXT CONFERENCE(S): | Final Pretrial Conference - June 5, 2023 at 10:00 a.m. |
| FTR/COURT REPORTER: | AT&T (10:32 - 10:46) |

RULINGS FROM   Telephone Conference          :

Plaintiff's MOTION for Discovery Preclusion Order [61] is denied.

The Court sets the following revised deadlines and schedule for trial in this matter:
(1) motions in limine shall be filed by 5/15/2023 with responses due by 5/29/2023;
(2) if necessary, the parties shall file a revised list of relevant names, acronyms, and places by 5/29/2023;
(3) if necessary, parties shall file any revised Voir Dire Requests and proposed jury charges by 5/29/2023;
(4) the Court will hold a final pretrial conference on 6/5/2023 at 10:00 a.m.; and
(5) jury selection and trial in this matter will commence on 6/12/2023 at 10:00 a.m.

The final pre-trial conference, jury selection and trial will be held in courtroom 910 at the United States Courthouse, 100 Federal Plaza, Central Islip, N.Y. 11722.