UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT BLAND,

               Plaintiff,

    -against-

PAUL RAIA, LARRY BRUNO and
MONEYTREE MERCHANT SERVICES
CORPORATION,

               Defendants.

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL WITH
PREJUDICE

Civil Action No. 2:18-cv-4839 (ST)

IT IS HEREBY STIPULATED AND AGREED, between the parties, that Plaintiff's

claims in the above-captioned action are withdrawn with prejudice, and with no award of fees,

costs, or disbursements by the Court to any party.

Dated: July 12, 2023

Nathaniel K. Charny
Charny & Wheeler P.C.
Rhinebeck NY 12572

(845) 876-7500

ncharny@charnywheeler.com

Attorneys for Plaintiff

Dated: June ____, 2023

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
(516) 296-7102
drowe@certilmanbalin.com

Attorneys for Defendants

7